1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

ANDREA CALLEGATI,

8                                    Plaintiff,

9            v.

10

CAROLYN W. COLVIN, Acting
11 Commissioner of the Social Security
Administration,
12
                              Defendant.

Case No. 2:16-cv-00669 JRC

**ORDER DIRECTING SERVICE**

13          The plaintiff, ANDREA CALLEGATI, filed a complaint seeking judicial review of a

14 decision of the Commissioner of Social Security.  By separate order, the Court has granted

15 plaintiff leave to proceed in forma pauperis.  Because plaintiff has appeared in this matter pro se,

16 the Court will arrange for service of the summons and complaint upon defendant.

17          (1)     Service by Clerk.  The Clerk shall effectuate service electronically as detailed in

18 General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint by email to

19 USAWAW.SSAClerk@usdoj.gov.

20          (2)     Response Required.  Within **60 days** after service, defendant shall file and serve a

21 notice of appearance and an answer or a motion directed to the complaint, as permitted by Rule

22 12 of the Federal Rules of Civil Procedure.  If filing an answer, defendant shall also file the

23 appropriate administrative record at the time the answer is filed.

ORDER DIRECTING SERVICE - 1

1    The Clerk is directed to send a copy of this order to plaintiff.

2    DATED this 13th day of May.

3

4    J. Richard Creatura
    United States Magistrate Judge