UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA CALLEGATI,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | CASE NO. 2:15-cv-00669 JLR JRC<br><br>ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED |

This matter has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1) and Local Magistrate Judge Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261, 271-72 (1976).

Pursuant to this Court's Order, plaintiff's opening brief was due on August 11, 2016 (*see* Dkt. 12). Plaintiff has failed to file his opening brief and has not requested an extension to do so.

Plaintiff must show cause by **October 21, 2016** why this matter should not be dismissed for lack of prosecution.

**DISCUSSION**

Fed. R. Civ. P. 4(m) requires the court to provide notice to plaintiff before the matter may be dismissed for lack of prosecution.

1 | The Court also notes that because plaintiff is proceeding *Pro Se*, the Court, in the Order
2 | Denying Motion for Court Appointed Counsel, directed plaintiff to information on the Court's
3 | website, such as the *Pro Se* Guide, which, as indicated in the Order, "includes resources for
4 | potentially finding an attorney or obtaining legal advice: http://www.wawd.uscourts.gov/pro-se
5 | (last visited July 22, 2016)" (*see* Dkt. 14, p. 3 (*citing* "Where Can You Get Legal Advice?"
6 | located at *Pro Se* Guide, p. 38,
7 | http://www.wawd.uscourts.gov/sites/wawd/files/ProSeGuidetoFilingYourLawsuitinFederalCourt
8 | .pdf")).

### CONCLUSION

The Court hereby orders plaintiff to show cause by **October 21, 2016** why this matter should not be dismissed for lack of prosecution. Failure to show cause shall result in a Report and Recommendation to dismiss this action.

Dated this 5th day of October, 2016

J. Richard Creatura
United States Magistrate Judge