UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREA CALLEGATI,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | CASE NO. C16-0669JLR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE |

The court has reviewed the Report and Recommendation of United States Magistrate Judge J. Richard Creatura (Dkt. # 23) and ORDERS:

(1) The court ADOPTS the Report and Recommendation.

(2) The court DISMISSES this matter for lack of prosecution.

(3) The clerk is directed to close the case and send Plaintiff copies of the order.

DATED this 5th day of December, 2016.

            JAMES L. ROBART
            United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING CASE